B. MITCHELL, Respondent.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied. Order of affirmance entered November 29, 1922 [See 203 App. Div. 497], amended so as to strike out findings of fact Nos. V, XII, XIII and XV, also the following words in finding No. X: " to be crossed by defendant's livestock as if it were a farm crossing," upon the ground that they are not supported by evidence. The words " which deed purported to convey " in finding No. II are modified so as to read, " which deed conveyed." The words " so purporting to convey " in finding No. III are modified so as to read, " so conveying." The following additional finding is made by this court: That stock of the defendant from time to time entered upon the plaintiff's said property from defendant's adjoining property and grazed at will thereon.

FRANK B. SHAMROCK, as Administrator, etc., Respondent, v. GENERAL ELECTRIC COMPANY and Another, Appellants.— Motion for leave to appeal to Court of Appeals granted.

MELISSA DOEL, as Administratrix, etc., Respondent, v. GENERAL ELECTRIC COMPANY, Appellant, Impleaded, etc.— Motion of General Electric Company for leave to appeal to the Court of Appeals granted.

MELISSA DOEL, as Administratrix, etc., Appellant, v. GENERAL ELECTRIC COMPANY, Defendant, and TONAWANDA POWER COMPANY, Respondent.— Plaintiff's motion for leave to appeal to Court of Appeals granted.

MAUD IRMA HARDING, Appellant, v. CHARLES E. HARDING, Respondent.— Motion for leave to appeal to Court of Appeals granted, and question for review certified.

JAMES IMPALLARIO, Respondent, v. ANTHONY J. GRAD, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

CELIA STRONGIN, Appellant, v. MAX G. COLEMAN, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

JOHN E. GORSS, Respondent, v. HARRIET R. HEFFORD, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

ALBERT GOLDSTEIN, Respondent, v. STANDARD ACCIDENT INSURANCE COMPANY, Appellant.— Order entered December 22, 1922, amended so as to state that Davis and Sears, JJ., dissent solely upon the questions of law stated in the opinion by Sears, J. [See 204 App. Div. 456], but otherwise concur.

THE CITY OF SYRACUSE, Respondent, v. HARRY P. PHILIBOSIAN and Others, Appellants.— Motion for leave to appeal to Court of Appeals from judgment of affirmance granted.

THE CITY OF SYRACUSE, Respondent, v. ASHOD H. TIRYAKIAN and Others, Appellants.— Motion for leave to appeal to Court of Appeals from judgment of affirmance granted.

THE CITY OF SYRACUSE, Respondent, v. THOMAS HOGAN and Others, Appellants.— Motion for leave to appeal to Court of Appeals from judgment of affirmance granted.

THE CITY OF SYRACUSE, Respondent, v. THOMAS HOGAN, Appellant, Impleaded, etc.— Motion for leave to appeal to Court of Appeals from judgment of affirmance granted.

THE CITY OF SYRACUSE, Respondent, v. HARRY P. PHILIBOSIAN and Others, Appellants.— Motion for leave to appeal to the Court of Appeals from order

affirming the order denying a new trial on the ground of newly-discovered evidence denied.

THE CITY OF SYRACUSE, Respondent, v. ASHOD H. TIRYAKIAN and Others, Appellants.— Motion for leave to appeal to the Court of Appeals from order affirming the order denying a new trial on the ground of newly-discovered evidence denied.

THE CITY OF SYRACUSE, Respondent, v. THOMAS HOGAN and Others, Appellants. (Action No. 1.) — Motion for leave to appeal to the Court of Appeals from order affirming the order denying a new trial on the ground of newly-discovered evidence denied.

THE CITY OF SYRACUSE, Respondent, v. THOMAS HOGAN and Others, Appellants. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals from order affirming the order denying a new trial on the ground of newly-discovered evidence denied.

O'CONNOR TRANSPORTATION COMPANY, Appellant, v. GLENS FALLS INSURANCE COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

LLOYD E. FURRY and Another, as Copartners, etc., Appellants, v. THOMAS E. MARTIN and Another, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

FRANK O. COLE, Respondent, v. THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

HELEN F. THOMPSON, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY and the PULLMAN COMPANY, Respondents.— Motion granted and appeal dismissed, with costs.

JAMES O. SEBRING, Respondent, v. ABRAHAM GOLDMAN, Appellant.— Motion to dismiss appeal denied.

ELLA L. HUSTED, Respondent, v. TERBELL-CALKINS DRUG COMPANY, Appellant.— Appeal dismissed, unless appellant shall file and serve printed papers by February first.

ALBERT WYSOTA, Respondent, v. WEBSTER BASKET COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

PERRY SAYRES, Respondent, v. DECKER AUTOMOBILE COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal on or before February 1, 1923, and be ready for argument at the opening of the March term.

LUCY FALK, as Sole Administratrix, etc., Respondent, v. CORNING AND PAINTED POST STREET RAILWAY, Appellant.— Motion to dismiss appeal granted, unless the appellant shall file and serve the printed briefs on appeal on or before February 1, 1923.

JOHN L. McGANNON, Respondent, v. CORNING AND PAINTED POST STREET RAILWAY, Appellant.— Motion to dismiss appeal granted, unless the appellant shall file and serve the printed briefs on appeal on or before the 1st day of February, 1923.

TEN EYCK O. BURLESON, Respondent, v. M. MABEL SHAW, Appellant.— Motion to dismiss the appeal granted, unless the appellant shall file and serve the printed papers on appeal herein on or before the 1st day of February, 1923, and shall be ready for argument at the opening of the March term.